# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00481-CV

## In re Kaite Liu and Changlun Du

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties to this original proceeding have filed a joint status report and motion to extend abatement. We previously abated this proceeding to allow the parties to finalize their settlement regarding the subject matter of the mandamus petition in the trial court. The parties previously provided the Court with the Agreed Order Vacating and Setting Aside Judgment of Contempt that they informed us they were submitting to the trial court. In this motion, the parties inform the Court that the trial court has requested a hearing on the matter, which has been set for March 5, 2025. The parties request that we extend the abatement for an additional 30 days to allow sufficient time for them to present the Agreed Order to the trial court and to move to dismiss the mandamus proceeding in this Court.

We grant the motion and abate the original proceeding for an additional 30 days to allow the parties time to finalize their agreement in the trial court. The parties shall submit a motion to dismiss the mandamus, a motion to reinstate the mandamus, or a status report on the

trial-court proceedings accompanied by a motion to extend the abatement on or before March 31, 2025. The original proceeding will remain abated until further order of this Court.

It is so ordered on February 28, 2025.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed: February 28, 2025